**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 97-6136**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AFNAN JEROME PARKER,

Defendant - Appellant.

─────────────

**No. 97-6548**

─────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

AFNAN JEROME PARKER,

Defendant - Appellant.

─────────────

Appeals from the United States District Court for the Western District of Virginia, at Charlottesville.  James H. Michael, Jr., Senior District Judge.  (CR-91-15)

Submitted:  August 28, 1997        Decided:  September 16, 1997

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Afnan Jerome Parker, Appellant Pro Se.  Julie C. Dudley, Assistant United States Attorney, Roanoke, Virginia; Stephen Urban Baer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

In No. 97-6136, Appellant appeals from the district court's order denying his motion for resentencing based on an amendment to the Sentencing Guidelines. In No. 97-6548, Appellant appeals from the district court's orders denying his Rule 60(b) motion and his motion for reconsideration. In the Rule 60(b) motion, Appellant raised claims more appropriately asserted in a motion pursuant to 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997), yet he specified that the motion was not to be construed as a § 2255 motion. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Parker, No. CR-91-15 (W.D. Va. Dec. 4, 1996; Mar. 24, 1997; Apr. 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

3